**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-34233 |
| | § | |
| S & S ENGINEERING & | § | |
| CONSTRUCTION INC. | § | |
| | § | |
| | § | |
| Debtor | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>11/01/2023</u>. The undersigned trustee was appointed on <u>11/01/2023</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $19,103.85

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $19,103.85 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/12/2024 and the deadline for filing government claims was 05/05/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,660.39. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,660.39, for a total compensation of $2,660.39[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2024                    By: /s/ Ronald J. Sommers
                                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1
INDIFFERENT ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 23-34233-H5-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | S & S ENGINEERING & CONSTRUCTION INC. | Date Filed (f) or Converted (c): | 11/01/2023 (f) |
| For the Period Ending: | 4/29/2024 | §341(a) Meeting Date: | 12/06/2023 |
| | | Claims Bar Date: | 03/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Regions Checking account 3751 3751 | $2,735.20 | $2,725.00 | | $2,725.20 | FA |
| 2  Regions Checking account 3778 3778 ($1.54) | $0.00 | $0.00 | | $0.00 | FA |
| 3  Regions Money Management Account 8282 | $16,388.52 | $16,378.65 | | $16,378.65 | FA |
| 4  Office Furniture | $3,275.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  #8 12/06/23 - Abandoned | | | | | |
| 5  3 Framed Paintings Unknown Used Retail Sale Value | $500.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  #8 12/06/23 - Abandoned | | | | | |
| 6  Office Equipment | $8,150.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  #8 12/06/23 - Abandoned | | | | | |

**TOTALS (Excluding unknown value)**            $31,048.72      $19,103.65               $19,103.85      **Gross Value of Remaining Assets**  $0.00

**Major Activities affecting case closing:**
04/29/2024   TFR SUBMITTED
03/31/2024   Bar Date expired 03/12/24.  Trustee is reviewing claims and will resolve any issues.  TFR should be submitted on or before 04/30/24.

Initial Projected Date Of Final Report (TFR):   11/01/2025        Current Projected Date Of Final Report (TFR):   04/30/2024        /s/ RONALD J. SOMMERS
                                                                                                                                    RONALD J. SOMMERS

**FORM 2**

Page No: 1   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-34233-H5-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | S & S ENGINEERING & CONSTRUCTION INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9176 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHK |
| For Period Beginning: | 11/1/2023 | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 4/29/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2023 | (1) | Regions | Funds on Deposit | 1129-000 | $2,725.20 | | $2,725.20 |
| 12/04/2023 | (3) | Regions | Funds on Deposit | 1129-000 | $16,378.65 | | $19,103.85 |
| | | | TOTALS: | | $19,103.85 | $0.00 | $19,103.85 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $19,103.85 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $19,103.85 | $0.00 | |

For the period of 11/1/2023 to 4/29/2024

| | |
|---|---:|
| Total Compensable Receipts: | $19,103.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,103.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 12/04/2023 to 4/29/2024

| | |
|---|---:|
| Total Compensable Receipts: | $19,103.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,103.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 23-34233-H5-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | S & S ENGINEERING & CONSTRUCTION INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9176 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHK |
| For Period Beginning: | 11/1/2023 | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 4/29/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $19,103.85 | $0.00 | $19,103.85 |

| For the period of 11/1/2023 to 4/29/2024 | | For the entire history of the case between 11/01/2023 to 4/29/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $19,103.85 | Total Compensable Receipts: | $19,103.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,103.85 | Total Comp/Non Comp Receipts: | $19,103.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS

CLAIM ANALYSIS REPORT  Page No: 1  Exhibit C

| Case No. | 23-34233-H5-7 | | | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|---|---|
| Case Name: | S & S ENGINEERING & CONSTRUCTION INC. | | | | Date: | 4/29/2024 |
| Claims Bar Date: | 03/12/2024 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RONALD J. SOMMERS  1400 Post Oak Blvd. Suite 300  Houston TX 77056 | 04/29/2024 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $2,660.39 | $2,660.39 | $0.00 | $0.00 | $0.00 | $2,660.39 |
| 1 | U.S. SMALL BUSINESS ADMINISTRATION  14925 Kingsport Rd.  Ft Worth TX 76155 | 12/21/2023 | SECURED | Allowed | 4110-000 | $0.00 | $31,047.18 | $31,047.18 | $0.00 | $0.00 | $0.00 | $31,047.18 |

**Claim Notes:** Trustee did not administer any assets relative to this secured claim.

| 2 | TEXAS WORKFORCE COMMISSION  Office of Attorney General  BK/Collections  P.O. BOX 12548, MC008  Austin TX 78711 | 01/09/2024 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $122.51 | $122.51 | $0.00 | $0.00 | $0.00 | $122.51 |
| 1a | U.S. SMALL BUSINESS ADMINISTRATION  14925 Kingsport Rd.  Ft Worth TX 76155 | 12/21/2023 | UNSECURED | Allowed | 7100-000 | $0.00 | $131,378.52 | $131,378.52 | $0.00 | $0.00 | $0.00 | $131,378.52 |
| 2a | TEXAS WORKFORCE COMMISSION  Office of Attorney General  BK/Collections  P.O. BOX 12548, MC008  Austin TX 78711 | 01/09/2024 | UNSECURED | Allowed | 7100-000 | $0.00 | $130.25 | $130.25 | $0.00 | $0.00 | $0.00 | $130.25 |
| 3 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP  PO Box 3001  Malvern PA 19355-0701 | 02/16/2024 | UNSECURED | Allowed | 7100-000 | $0.00 | $161.20 | $161.20 | $0.00 | $0.00 | $0.00 | $161.20 |
| | | | | | | | $165,500.05 | $165,500.05 | $0.00 | $0.00 | $0.00 | $165,500.05 |

CLAIM ANALYSIS REPORT

Page No: 2   Exhibit C

| | |  | |
|---|---|---|---|
| **Case No.** | 23-34233-H5-7 | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | S & S ENGINEERING & CONSTRUCTION INC. | **Date:** | 4/29/2024 |
| **Claims Bar Date:** | 03/12/2024 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $2,660.39 | $2,660.39 | $0.00 | $0.00 | $0.00 | $2,660.39 |
| 507(A) 8 -- TAXES | $122.51 | $122.51 | $0.00 | $0.00 | $0.00 | $122.51 |
| SECURED | $31,047.18 | $31,047.18 | $0.00 | $0.00 | $0.00 | $31,047.18 |
| UNSECURED | $131,669.97 | $131,669.97 | $0.00 | $0.00 | $0.00 | $131,669.97 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 23-34233
Case Name: S & S ENGINEERING & CONSTRUCTION INC.
Trustee Name: Ronald J. Sommers

Balance on hand: $19,103.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | U.S. Small Business Administration | $31,047.18 | $31,047.18 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $19,103.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Ronald J. Sommers, Trustee Fees | $2,660.39 | $0.00 | $2,660.39 |

Total to be paid for chapter 7 administrative expenses: $2,660.39
Remaining balance: $16,443.46

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $16,443.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $122.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Payment |
|---|---|---|---|---|

|   |   |   | Date |   |
|---|---|---:|---:|---:|
| 2 | Texas Workforce Commission | $122.51 | $0.00 | $122.51 |

| | |
|---:|---:|
| Total to be paid to priority claims: | $122.51 |
| Remaining balance: | $16,320.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $131,669.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | U.S. Small Business Administration | $131,378.52 | $0.00 | $16,284.82 |
| 2a | Texas Workforce Commission | $130.25 | $0.00 | $16.15 |
| 3 | American Express National Bank c/o Becket and Lee LLP | $161.20 | $0.00 | $19.98 |

| | |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $16,320.95 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---:|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**